

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 8, 2013



**BY FAX**
The Honorable Robert W. Sweet
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Kean Chambers, 12 Cr. 671 (RWS)**

Dear Judge Sweet:

    With the consent of defense counsel, the Government respectfully requests that the upcoming conference in the above-referenced matter, which is currently scheduled for April 9, 2013, at 4:30 p.m., be adjourned until April 29, 2013, or as soon thereafter as is convenient for the Court. The adjournment is necessary to permit the parties to continue plea discussions. With the consent of defense counsel, the Government also moves for an exclusion of time under the Speedy Trial Act until the next status conference to allow the parties additional time to discuss a pre-trial disposition.

    Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
P. Ian McGinley
Assistant United States Attorney
(212) 637-2257

cc: Lee Greenwood, Esq. (by electronic mail)

*So ordered*
*Sweet*
*U.S.D.J.*
*4-8-13*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/13

TOTAL P.001