UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
: 
UNITED STATES OF AMERICA,
:
: 12 Cr. 671 (RWS)
:
-against-
: ECF Case
:
: NOTICE OF ATTORNEY
: APPEARANCE AND REQUEST FOR
JULIUS C. BARNES, et al.,
: ELECTRONIC NOTIFICATION
:
Defendants.
:
:
------------------------------------x

FILED ELECTRONICALLY

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of Defendant Kean Chambers and respectfully requests that notice of electronic filing of all papers in the within action be transmitted to her at the address below.

Dated: New York, New York
April 24, 2013

DEBEVOISE & PLIMPTON LLP

By: __/s/ Helen V. Cantwell_____
Helen V. Cantwell
hvcantwell@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Defendant Kean Chambers