# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

April 25, 2013

BY FAX

Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
JUDGE SWEET CHAMBERS

ELECTR...
DOC #: _____
DATE FIL... 4-26-13

United States v. Barnes, et al., 12 Cr. 671 (RWS)

Dear Judge Sweet:

We represent Kean Chambers in the above-captioned matter. Andrew J. Ceresney, my partner at Debevoise & Plimpton LLP, is CJA-appointed counsel for Mr. Chambers. As of April 29, 2013, Mr. Ceresney will no longer be employed by Debevoise. We respectfully request that his appearance in this matter be withdrawn.

I and two other attorneys at Debevoise, Philip Fortino and Lee Greenwood, have been actively engaged in this representation and already have appearances filed on behalf of Mr. Chambers. I will soon apply to become a member of the CJA panel for the Southern District of New York. We request the Court's permission to allow Debevoise to continue to represent Mr. Chambers until such time as I become a member of the CJA panel, at which point we request that I be appointed CJA counsel for Mr. Chambers.

We have informed Mr. Chambers of Mr. Ceresney's departure and our intention to continue to represent him. Mr. Chambers consents to our continued representation.

Respectfully submitted,

Helen Cantwell / LG

Helen V. Cantwell

So ordered
Sweet USDJ
4.25.13

cc: AUSA Ian McGinley (by email)

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai