ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    :

      - v. -                                 :

KEAN CHAMBERS,                              :

          Defendant.                   :

- - - - - - - - - - - - - - - - - - -x

**INFORMATION**

S1 12 Cr. 671 (RWS)

## COUNT ONE

The United States Attorney charges:

1.  On or about August 1, 2012, in the Southern District of New York and elsewhere, KEAN CHAMBERS, the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, an attempted Hobbs Act robbery, willfully and knowingly concealed and did not as soon as possible make known the same to some judge and other person in civil and military authority under the United States, to wit, CHAMBERS knew of, failed to disclose, and concealed the attempted Hobbs Act robbery from the United States Drug Enforcement Administration.

(Title 18, United States Code, Section 4.)

_Preet Bharara_
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 9 2013