UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
: **FILED ELECTRONICALLY**
UNITED STATES OF AMERICA,
:
: 12 Cr. 671 (RWS)
:
-against-
: ECF Case
:
: NOTICE OF ATTORNEY
: APPEARANCE AND REQUEST FOR
JULIUS C. BARNES, et al.,
: ELECTRONIC NOTIFICATION
:
Defendants.
:
:
------------------------------------x

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of Defendant Kean Chambers and respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the address below.

Dated: New York, New York
       June 25, 2013

DEBEVOISE & PLIMPTON LLP

By:   /s/ Derek Wikstrom
      Derek Wikstrom
      dwikstrom@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Defendant Kean Chambers