# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

June 24, 2013

BY FAX

Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>United States v. Barnes, et al., 12 Cr. 671 (RWS)</u>

Dear Judge Sweet:

I represent defendant Kean Chambers in the above-captioned case. As of June 28, 2013, I will no longer be employed by Debevoise & Plimpton LLP.

I respectfully request Your Honor's permission to withdraw as counsel-of-record in this matter, to have my former email address (lgreenwood@debevoise.com) removed from ECF notifications, and to have this letter memo-endorsed.

Mr. Chambers is aware of this change in my employment status. Mr. Chambers is also aware that my colleagues at Debevoise, Helen Cantwell and Philip Fortino, who have each entered Notices of Appearance in this action, will continue to represent him.

Respectfully submitted,

Lee A. Greenwood

cc: AUSA Ian McGinley, Esq. (by email)



So ordered
[signature] Sweet USDJ
6-26-13